# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-149
Lower Tribunal Nos. 20-147 AP & 17-19995 CC

_____

**RM & Associates Consulting, Inc., a/a/o Eric Mesa,**
Appellant,

vs.

**People's Trust Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lody Jean, Judge.

Font & Nelson, PLLC, and Jose P. Font and Jaime Martin (Fort Lauderdale), for appellant.

Cole, Scott & Kissane, P.A., and Mark D. Tinker and Mary Lou Cuellar-Stilo (Tampa); Brett Frankel, Jonathan Sabghir and Robert B. Gertzman (Deerfield Beach), for appellee.

Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed. See Express Damage Restoration, LLC v. Citizens Prop. Ins. Corp., 320 So. 3d 305, 307-09 (Fla. 3d DCA 2021) (concluding that emergency water mitigation services taken solely to protect against further damage to the insured property are "Reasonable Repairs" that are covered under the policy provision for "Additional Coverages"); Estate of Herrera v. Berlo Indus., Inc., 840 So. 2d 272, 273 (Fla. 3d DCA 2003) ("[Appellant] seeks to raise issues which were not raised in the trial court. However, issues not presented in the trial court cannot be raised for the first time on appeal. Thus, [appellant] is precluded from raising new arguments on appeal.) (citation omitted).